Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: Tanya@moorelawfirm.com

Attorneys for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHERYL VANG dba FOOD EMPIRE, et al,<br><br>    Defendants. | No. 1:15-cv-00254-LJO-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TONG VANG dba FOOD EMPIRE ONLY; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counter claim has been filed;

Plaintiff hereby respectfully requests that **only Defendant Tong Vang dba Food Empire** be dismissed from this action **without** prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 8, 2015                     MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff Rachel Lobato

*Lobato v. Vang, et al.*
Notice of Voluntary Dismissal; Order

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Tong Vang dba Food Empire is dismissed **without** prejudice from this action.

IT IS SO ORDERED.

Dated:   **April 8, 2015**                       /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE