1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Rachel Lobato

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No.  1:15-cv-00254-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION ORDER** |
| vs. | |
| CHERYL VANG dba FOOD EMPIRE, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and Defendants Cheryl Vang and Koua Vang, dba Food Empire, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: May 28, 2015                    MOORE LAW FIRM, P.C.


                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Rachel Lobato

Date: May 28, 2015                    WILD, CARTER & TIPTON, APC


                                      */s/ Patrick J. Gorman*
                                      Patrick J. Gorman
                                      Attorneys for Defendants
                                      Cheryl Vang and Koua Vang, dba Food Empire

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **June 1, 2015**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 2